# IN THE SUPREME COURT OF THE STATE OF NEVADA

PASQUAL ANDRES MCMURRY,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 79023

FILED

JUL 1 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Appellant filed his notice of appeal on June 13, 2019. In his notice of appeal, appellant states that he is challenging the district court order "that denied his motion to oppose the withdrawal of his court appointed counsel." Because no statute or court rule provides for an appeal from an order denying a motion opposing the withdrawal of court-appointed counsel, this court lacks jurisdiction. *See Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-29912

cc: Hon. Kathleen E. Delaney, District Judge
Pasqual Andres McMurry
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A